IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 2 2007

GREGORY C. LANGHAM
                        CLERK

Civil Action No. 07-cv-00203-WDM-CBS

STEVIE (ARTHUR) MILLS,

    Plaintiff,
v.

MAJOR CONNORS, In Her Official and Individual Capacities, as a Denver Deputy Deputy, Sheriff,
SGT. SHANNON, In His Official and Individual Capacites [sic], As a Denver Duputy [sic] Sheriff,
DEPUTY ESPINOSA, In Her Official and Individual Capacites, As a Denver Duputy [sic] Sheriff,

    Defendants.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

Dated: March 21, 2007

BY THE COURT:

s/ Walker D. Miller
_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00203-WDM-CBS

Steve (Arthur) Mills
Prisoner No. 1513269
Denver County Jail
PO Box 1108
Denver, CO 80201

US Marshal Service
Service Clerk
Service forms for: Major Connors, Sgt. Shannon, and Deputy Espinosa

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the U.S. Marshal Service for service of process on Major Connors, Sgt. Shannon, and Deputy Espinosa: COMPLAINT FILED 1/29/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/22/07.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk